UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| T. D. YOUNG,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHAPLAIN JOHN,<br><br>    Defendant. | Case No.: 2:17-cv-06426-RGK (JDE)<br><br>ORDER OF DISMISSAL |

     Based on the Stipulation for Voluntary Dismissal entered by and between Plaintiff and Defendant (Dkt. 80, "the Stipulation") and for good cause shown:

IT IS HEREBY ORDERED THAT:

     1. The Stipulation is approved;

     2. Pursuant to the parties' Stipulation, this action has been terminated, see Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice, with each party to bear its

own attorney's fees and costs. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: March 13, 2020

R. GARY KLAUSNER
United States District Judge